IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>    Plaintiff, )<br>    )<br>    v.   )<br>    )<br>CAJUN OPERATING COMPANY, )<br>Atlanta, GA, )<br>    )<br>    Garnishee, )<br>    )<br>FELICIA JACKSON, )<br>    )<br>    Defendant. ) | MISC. ACTION NO.<br>2:16mc3769-MHT<br>(WO) |

### JUDGMENT

It is ORDERED that the motion to dismiss the writ of garnishment (doc. no. 5) is granted. This proceeding remains closed.

DONE, this the 13th day of February, 2017.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE